argument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

 PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No.2.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

 PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 3.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

 PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 4.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

 In the Matter of JAYSON BULMAHN, Petitioner, v NEW YORK STATE OFFICE OF MEDICAID INSPECTOR GENERAL et al., Respondents. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Lindley and Valentino, JJ.

 GERALD SCHMITT, Appellant, v SANDRA SCHMITT, Respondent. (Appeal No. 1.) [972 NYS2d 140]—Motion for reargument or amendment denied. Present—Centra, J.P., Fahey, Carni and Whalen, JJ.

 SUE/PERIOR CONCRETE & PAVING, INC., Respondent, v LEWISTON GOLF COURSE CORPORATION et al., Respondent, et al., Respondent, et al., Defendants. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals granted. Present—Peradotto, J.P., Lindley, Valentino and Whalen, JJ.

 MARC A. NICOMETI, Respondent, v THE VINEYARDS OF FREDONIA, LLC, et al., Appellants, et al., Defendants. SCOTT PFOHL, et al., Third-Party Plaintiffs, v WESTERN NEW YORK PLUMBING-ELLICOTT PLUMBING AND REMODELING CO., INC., Third-Party Defendant-Appellant. [972 NYS2d 140]—Motions and cross motions for reargument denied. Motions and cross motions for leave to appeal to the Court of Appeals granted. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CRENSHAW, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.